## JENKS V. PARSONS.

*Pleading — complaint on action to enforce mechanics' lien — allegation of ownership.*

In an action upon a mechanics' lien filed against S. as owner, and another, the complaint alleged that C. has " some interest in said premises as owner thereof, and that at the time of filing said notice of lien, he was under a contract with the defendant S. to convey said interest to the said S." *Held,* that the complaint was insufficient in not alleging any thing requiring C. to convey to S.

APPEAL by defendant, Charles H. Parsons, from an order at special term overruling a demurrer to the complaint.

The action was brought by William H. Jenks and another, against the above-named defendant and others, to enforce a mechanics' lien.

*S. M. Parsons,* for appellant.

*John R. Kuhn,* for respondents.

BARNARD, P. J.

The head-note states fully the only point passed upon.

*Order reversed.*

---

## BROWN V. BROWN.

APPEAL by plaintiff from an order at special term, opening a judgment.

The action was brought by Charlotte E. Brown against Henry Brown for a divorce.

*Chas. W. Dayton,* for appellant.

*H. F. Anderson,* for respondent.

BARNARD, P. J.

The order was reversed on the ground that the proof on which judgment was obtained was sufficient to sustain it, and that the moving papers did not show a sufficient excuse for the default.

*Order reversed.*